IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE THORNTON,

     Plaintiff,

  vs.

BPT, et al.,                    No. CIV S-05-2226 FCD GGH PS

     Defendants.         <u>ORDER</u>

_____/

       Plaintiff has not paid the fee required to file an action in this court, and has not filed an application to proceed without prepayment of fees. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1.  Plaintiff shall submit, within twenty days from the date of this order, either a completed application and affidavit to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

/////

/////

1

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis.

DATED: 1/24/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:076
Thornton2226.ifp.wpd