IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE THORNTON,

                Plaintiff,

     vs.

BPT, et al.,                        No. CIV S-05-2226 FCD GGH PS

                Defendants.             ORDER

_____/

          Plaintiff initially filed an action in this court which was classified by the clerk's office as a prisoner civil rights case under 42 U.S.C. §1983.  Because the plaintiff is not incarcerated, the case should be reclassified as a non-prisoner, pro se case.  The Clerk of the Court is directed to change the classification of CIV S-05-2226 FCD GGH from a prisoner litigation case to a pro se case.

          In accordance with the above, IT IS HEREBY ORDERED.

DATED: 2/13/06

                       /s/ Gregory G. Hollows

                       _____
                       GREGORY G. HOLLOWS
                       UNITED STATES MAGISTRATE JUDGE

ggh:kr
Thornton2226.ps