IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE THORNTON,

    Plaintiff,                            No. CIV S-05-2226 FCD GGH PS

    vs.

BOARD OF PRISON TERMS, et al.,          <u>ORDER</u>

    Defendants.

_____/

        Presently scheduled for hearing on November 30, 2006 are the motions to dismiss filed, respectively, by Solano County (on October 12, 2006) and the Board of Prison Terms (on October 26, 2006, as amended October 27, 2006).  THE HEARING ON THESE MATTERS IS HEREBY MOVED TO JANUARY 11, 2007, at 10:00 a.m., in Courtroom No. 24, for consolidation with the motion to dismiss filed by Sacramento County (on November 15, 2006) and noticed for hearing on that date.

        So ordered.

DATED: 11/20/06                             /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH5:Thornton.2226.hngs

1